Exhibit 1

# Order Summary

Order placed March 2, 2026 | Order # 113-3386066-7685069

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ████████ | Visa ending in ████ | Item(s) Subtotal: | $11.39 |
| 15TH FLOOR 1111 W 35TH ST | View related transactions | Shipping & Handling: | $0.00 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $11.39 |
| United States | | Estimated tax to be collected: | $1.17 |
| | | **Grand Total:** | **$12.56** |

### Arriving March 12 - March 23



WOFASHPURET Women Double-Sided Bucket Hat National Flag Pattern Versatile Sun Cap for Travel and Outdoor Activities Breathable Comfortable Design Multi
Sold by: Leiyun
Supplied by: Other
$11.39

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑✕
© 1996–2026, Amazon.com, Inc. or its affiliates

Case: 1:26-cv-05444 Document #: 22-4 Filed: 06/17/26 Page 3 of 14 PageID #:140

# Order Summary

Order placed March 2, 2026 | Order # 113-6200969-5958638

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▮▮▮▮▮▮▮ | Visa ending in ▮▮ | Item(s) Subtotal: | $11.39 |
| 15TH FLOOR 1111 W 35TH ST | View related transactions | Shipping & Handling: | $0.00 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $11.39 |
| United States | | Estimated tax to be collected: | $1.17 |
| | | **Grand Total:** | **$12.56** |

## Arriving March 13 - March 24



Veemoon Stylish Women Bucket Hat Flag Pattern Foldable Sun Cap for Outdoor Activities for Fishing Hiking Beach and Travel Comfortable Breathable Design Multi
Sold by: Finchiger
Supplied by: Other
$11.39

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑✕

© 1996–2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed March 2, 2026   |   Order # 113-5309155-9121012

**Ship to**

███████████
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa  ending in ███

[ View related transactions ]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $11.39 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $11.39 |
| Estimated tax to be collected: | $1.17 |
| **Grand Total:** | **$12.56** |

## Arriving March 12 - March 23



SHERCHPRY Flag Pattern Bucket Hat for Women Foldable Travel Cap Comfortable Breathable for Beach Hiking Camping Versatile Sun Hat for Outdoor Activities
Sold by: Dnna Huang
Supplied by: Other
$11.39

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996–2026, Amazon.com, Inc. or its affiliates

Case: 1:26-cv-05444 Document #: 22-4 Filed: 06/17/26 Page 5 of 14 PageID #:142

# Order Summary

Order placed March 2, 2026 | Order # 113-6387243-7545065

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▮▮▮▮▮▮ | Visa ending in ▮▮ | Item(s) Subtotal: | $11.39 |
| 33 W JACKSON BLVD # ▮ | | Shipping & Handling: | $0.00 |
| CHICAGO, IL 60604-4092 | View related transactions | Total before tax: | $11.39 |
| United States | | Estimated tax to be collected: | $1.17 |
| | | **Grand Total:** | **$12.56** |

## Arriving March 12 - March 23



Veemoon Double-Sided Flag Pattern Bucket Hat for Women Breathable Sun Cap for Outdoor Activities Like Travel Fishing and Beach Use Multi

Sold by: hagan panting

Supplied by: Other

$11.39

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑☒

© 1996–2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed March 2, 2026 | Order # 113-0866352-3238626

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
|  | Visa ending in  | Item(s) Subtotal: | $23.39 |
| 15TH FLOOR 1111 W 35TH ST | View related transactions | Shipping & Handling: | $0.00 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $23.39 |
| United States | | Estimated tax to be collected: | $2.40 |
| | | **Grand Total:** | **$25.79** |

### Arriving March 18 - March 27

Didiseaon Women Bucket Hat National Flag Pattern Foldable Sun Cap for Outdoor Activities Lightweight and Breathable Fishing Hat
Sold by: Panvalua
Supplied by: Other
$23.39

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996–2026, Amazon.com, Inc. or its affiliates

Case: 1:26-cv-05444 Document #: 22-4 Filed: 06/17/26 Page 7 of 14 PageID #:144

# Order Summary

Order placed March 2, 2026   |   Order # 113-4441256-3560259

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▮▮▮▮▮▮▮ | Visa ending in ▮▮▮ | Item(s) Subtotal: | $11.39 |
| 15TH FLOOR 1111 W 35TH ST | | Shipping & Handling: | $0.00 |
| CHICAGO, IL 60609-1404 | View related transactions | Total before tax: | $11.39 |
| United States | | Estimated tax to be collected: | $1.17 |
| | | **Grand Total:** | **$12.56** |

## Arriving March 23 - March 31



LIOOBO Summer Hat for Women Fashionable Fishing Cap Decorative Design Breathable and Comfortable for Hiking Beach Multi

Sold by: Ibuywill

Supplied by: Other

$11.39

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑✕

© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed March 2, 2026 | Order # 113-8923176-7711447

**Ship to**

15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $11.39 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $11.39 |
| Estimated tax to be collected: | $1.17 |
| **Grand Total:** | **$12.56** |

## Arriving March 23 - April 13



NOLITOY Bucket Hat Stylish Sun Protection Hat National Flag Pattern Large Size for Outdoor Activities Multi

Sold by: Jagogh Yson
Supplied by: Other
$11.39

Back to top



Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996–2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed March 2, 2026    |    Order # 113-4996428-6097867

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ████████ | Visa  ending in ███ | Item(s) Subtotal: | $12.59 |
| 15TH FLOOR 1111 W 35TH ST | | Shipping & Handling: | $0.00 |
| CHICAGO, IL 60609-1404 | View related transactions | Total before tax: | $12.59 |
| United States | | Estimated tax to be collected: | $1.29 |
| | | **Grand Total:** | **$13.88** |

## Arriving April 2 - April 13

 TINEASUR Bucket Hat for Women Foldable Uv Cap National Flag Pattern for Travel and Outdoor Activities Breathable Design for Comfort
Sold by: Sauxi
Supplied by: Other
$12.59

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑✖
© 1996–2026, Amazon.com, Inc. or its affiliates

Case: 1:26-cv-05444 Document #: 22-4 Filed: 06/17/26 Page 10 of 14 PageID #:147

# Order Summary

Order placed March 2, 2026   |   Order # 113-3850568-7166667

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▮▮▮▮▮▮ | Visa ending in ▮▮▮ | Item(s) Subtotal: | $11.39 |
| 15TH FLOOR 1111 W 35TH ST | | Shipping & Handling: | $0.00 |
| CHICAGO, IL 60609-1404 | View related transactions | Total before tax: | $11.39 |
| United States | | Estimated tax to be collected: | $1.17 |
| | | **Grand Total:** | **$12.56** |

## Arriving March 23 - April 13



Healeved Women Bucket Hat National Flag Pattern Double-Sided Design for Sun Foldable Fishing Cap for Travel Outdoor Activities Multi

Sold by: Sonieg

Supplied by: Other

$11.39

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑✕

© 1996–2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed March 2, 2026 | Order # 113-0885355-7207468

**Ship to**

███████

15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in ████

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $9.90 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $9.90 |
| Estimated tax to be collected: | $1.01 |
| **Grand Total:** | **$10.91** |

**Arriving Wednesday**



10PCS USA American Flag Hair Scrunchies for Women Girls Independence Day Patriotic Red White Blue Hair Ties Fourth of July Festival Ponytail Holder Hair Accessories Elastic Hair Band

Sold by: XinXuan Crafts

Supplied by: Other

$9.90

Back to top

amazon

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices ☑☒

© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed March 2, 2026 | Order # 113-0260684-3433053

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ████████ | Visa ending in ████ | Item(s) Subtotal: | $11.69 |
| 15TH FLOOR 1111 W 35TH ST | | Shipping & Handling: | $0.00 |
| CHICAGO, IL 60609-1404 | View related transactions | Total before tax: | $11.69 |
| United States | | Estimated tax to be collected: | $1.20 |
| | | **Grand Total:** | **$12.89** |

## Arriving March 12 - March 23



PACKOVE Bucket Hat for Women Reversible Flag Pattern Fishing Cap Uv for Outdoor Activities Lightweight and Foldable for Travel Multi

Sold by: Spring TU

Supplied by: Other

$11.69

Back to top

amazon

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed March 2, 2026 | Order # 113-3900234-5801831

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▬▬▬▬▬▬ | Visa ending in ▬▬▬ | Item(s) Subtotal: | $39.99 |
| 15TH FLOOR 1111 W 35TH ST | View related transactions | Shipping & Handling: | $0.00 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $39.99 |
| United States | | Estimated tax to be collected: | $4.10 |
| | | **Grand Total:** | **$44.09** |

### Arriving Friday



12pcs 4th of July Hat and Glasses Set, 6pcs July 4th Fedora Hats, 6pcs American Glasses, American Flag Hat, Patriotic USA Sunglasses, Independences Day, Fourth of July, Memorial Day Party Accessories

Sold by: NICOWARM

Supplied by: Other

$39.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed March 2, 2026 | Order # 113-5979345-3934601

| Ship to | Payment method | Order Summary | |
|---|---|---|---|
| **15TH FLOOR 1111 W 35TH ST** CHICAGO, IL 60609-1404 United States | Visa ending in ▮▮▮ <br> **View related transactions** | Item(s) Subtotal: | $16.99 |
| | | Shipping & Handling: | $5.99 |
| | | Total before tax: | $22.98 |
| | | Estimated tax to be collected: | $1.74 |
| | | **Grand Total:** | **$24.72** |

### Arriving March 12 - March 23



HOLATOK Vintage Halloween, Teacher Halloween Shirt for Women Funny Hocus Pocus Tshirt Cute Pumpkin Graphic Tees Teacher Fall Season Tops
Sold by: HOLATOK(10-15Days)
Supplied by: Other
$16.99

Back to top

amazon

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates