**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CRANSTON PRINT WORKS COMPANY,

      Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-05444

Judge Manish S. Shah

Magistrate Judge Jeannice W. Appenteng

**<u>DECLARATION OF KENNETH GAMACHE</u>**

I, Kenneth Gamache, declare and state as follows:

1.      This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.      I am a Board Director of Cranston Print Works Company ("Cranston Print") and President of QT Fabrics (the DBA of Cranston Print Works Company). I make this declaration from matters within my knowledge save where otherwise stated.

3.      Cranston Print was established in 1807. Starting as a small cotton fabric printing plant, it has grown and prospered through the American Industrial Revolution and now, centuries later, it is the oldest operating textile company in the United States. Cranston Print's long history in design has provided it with an unparalleled archive of beautiful prints and patterns from nostalgic to cutting edge and on-trend designs. This art library is available for licensing across various merchandise categories, including stationery,

1

tabletop, kitchen, bath, and gift items. Cranston Print is an employee-owned company (ESOP) and its success is made possible through the dedication of its talented employees.

4.      Below is an official source of the designs associated with the Cranston Print Works (the "Cranston Print Products"):



https://www.mhslicensing.com/art?s%5Bfilter%5D%5Bfield_artist%5D=Cranston%20Collectio
n&s%5Bfilter%5D%5Bfield_themes%5D%5BPatriotic%20%2F%20Americana%5D=Patriotic
%20/%20Americana&m=1&page=1

5.      Cranston Print is the owner of the copyright registrations for the Cranston Print copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-417-269; VA 622-988; VA 2-417-267; VA 2-417-262; VA 2-417-266; VA 2-417-276; VA 2-417-282; VA 2-417-265; and VA 726-036 (the "Cranston Print Works").

6.      Monetary damages alone cannot adequately compensate Cranston Print for the ongoing infringement because monetary damages fail to address the loss of control of and damage to Cranston Print's reputation, goodwill, and control over the nature of the derivative works made using the copyrighted material. Furthermore, monetary damages

are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to Cranston Print's reputation and goodwill by acts of infringement.

7. Cranston Print's goodwill and reputation are irreparably damaged when the Cranston Print Works are used on unauthorized goods. The company is further irreparably harmed by the unauthorized use of the Cranston Print copyrighted materials because infringers take away Cranston Print's ability to control the nature and quality of products bearing the Cranston Print Works and derivative works.

8. Cranston Print is further irreparably damaged due to a loss of exclusivity. The copyright rights in the Cranston Print Works are meant to be exclusive rights.

9. The marketing and distribution of the Cranston Print Works and derivative works are aimed at growing and sustaining sales. When infringers use the Cranston Print Works without authorization, the exclusivity associated with the Cranston Print Works, as well as the company's reputation, is damaged and eroded, resulting in a loss of unquantifiable future sales.

10. Uncontrolled profiteering and pirating of the Cranston Print Works creates the impression that the copyright rights associated with the Cranston Print Works may be infringed with impunity. The Cranston Print Works are distinctive and signify to consumers that the products are authorized by Cranston Print and are manufactured to Plaintiff's high-quality standards. When infringers use the Cranston Print Works on goods without authorization, the exclusivity of Cranston Print's products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual

property associated with the Cranston Print Works cannot be compensated for financially since it erodes Cranston Print's ability to monetize Cranston Print Works.

11.     Cranston Print will suffer immediate and irreparable injury, loss, or damage if a permanent injunction is not issued as part of the final judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 17, 2026

Kenneth Gamache

4