**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CRANSTON PRINT WORKS COMPANY,

     Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-05444

Judge Manish S. Shah

Magistrate Judge Jeannice W. Appenteng

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, June 30, 2026, at 9:45 a.m., Plaintiff, by

Plaintiff's counsel, shall appear in person in Courtroom 2541, before the Honorable Judge Manish

S. Shah for the U.S. District Court for the Northern District of Illinois and present Plaintiff's

Motion for Entry of Default and Default Judgment against the Defendants identified in Amended

Schedule A.

DATED: June 17, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail:  keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 17, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an email to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

*/s/ Keith A. Vogt*
Keith A. Vogt